## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNDER THE WEATHER, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; U.S. CUSTOMS & BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs & Border Protection,<br><br>    Defendants. | **Court No. 25-03402** |

## CERTIFICATE OF SERVICE

Pursuant to Rule 4(b) and (h) of the U.S. Court of International Trade, I hereby certify that on July 29, 2026, I caused copies of Plaintiff's summons and complaint to be served by certified mail, return receipt requested, upon the following parties:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Office of Chief Counsel
U.S. Customs & Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, DC 20229

/s/ Heather Jacobson
Heather Jacobson
NAKACHI ECKHARDT & JACOBSON, P.C.
450 Alaskan Way South, Suite 200
Seattle, WA 98104

Dated: July 29, 2026